# United States Court of Appeals
## For the First Circuit

No. 16-2256

GIOVANI DEPIANTI, and all others similarly situated,

Plaintiff, Appellant,

HYUN KI KIM, and all others similarly situated; KYU JIN ROH, and
all others similarly situated; GERARDO VAZQUEZ, and all others
similarly situated; GLORIA ROMAN, and all others similarly
situated; JUAN AGUILAR, and all others similarly situated;
NICOLE RHODES, and all others similarly situated; MATEO GARDUNO,
and all others similarly situated; CHIARA HARRIS, and all others
similarly situated; TODOR SINAPOV, and all others similarly
situated; GRASIELLE REGINA DOS SANTOS,

Plaintiffs,

v.

JAN-PRO FRANCHISING INTERNATIONAL, INC.,

Defendant - Appellee.

**ERRATA SHEET**

The opinion of this Court issued on September 29, 2017 is
amended as follows:

On page 11, footnote 6, line 3 "construction" should be
changed to "construction."

On page 22, line 3, "punctiliousness." Should be changed to
" punctiliousness[,]"